# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

**Place of Offense:** Bellingham, MA    **Category No.** II    **Investigating Agency** USPIS

**City** Bellingham
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number  24-6467-MPK
Search Warrant Case Number  See below
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Anthony Delgiudice     Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____
Address: 34 Crystal Way, Bellingham MA 02019

Birth date (Yr only): 1965   SSN (last 4#): 6987   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** _____   Address: _____
Bar Number: _____

**U.S. Attorney Information**

AUSA: Jennifer Zacks     Bar Number if applicable: _____

**Interpreter:** ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/26/2024    Signature of AUSA: *Jennifer Zacks*

JS 45 (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Anthony Delgiudice

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846, 841 | Conspiracy to possess with intent to distribute and to distribute controlled substances, tramadol and fentanyl | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

23-6382-MPK, 23-6510-MPK, 23-8322-PGL, 24-6169-MPK, 24-6192-6193-MPK, 24-7184-JCB, 24-6468-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013